HELEN MORTON et al., Respondents, *v.* AMERICAN SECURITY AND TRUST COMPANY, as Trustee under the Will of ANNA L. MORTON, Deceased, et al., Respondents, and LEWIS P. MORTON et al., Appellants.

Submitted November 29, 1937; decided December 7, 1937.

Motion granted. Return of remittitur requested, and when returned it will be amended by striking out the provision for costs. (See 276 N. Y. 475.)

Applications for compensation in accordance with section 207 of the Civil Practice Act and rule 43 of the Rules of Civil Practice should be made in the Supreme Court, and denial by this court is without prejudice to such an application. (*Livingston* v. *Ward*, 248 N. Y. 193.)